IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ASHLEY MARIE MOYA, Plaintiff | § § § | |
| VS. | § | CIVIL ACTION NO.: 7:17-cv-00098 |
| | § § | |
| AVDO SADIC, ET AL, Defendants | § | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff **Ashley Marie Moya** and Defendants **Avdo Sadic and Husky Transportation, Inc.** ("the Parties") announce to the Court that the case has settled and there is no further need for case discovery or court involvement in the case. Accordingly, the Parties **stipulate to suit dismissal with prejudice.** The Parties respectfully pray that the Court direct the Clerk to close the case file.

STIPULATED TO AND APPROVED BY:

_____  _____
John G. Escamilla                Barry Ray
State Bar No. 00793699           State Bar No.
**ESCAMILLA LAW FIRM, PLLC**     **ADAMS & GRAHAM, L.L.P.**
1021 Martin Avenue               P.O. Drawer 1429
McAllen, Texas 78504             Harlingen, Texas 78551-1429
john@escamillalawfirm.com        bra@adamsgraham.com

*Attorney-in-Charge for Plaintiff*   *Attorney-in-Charge for Defendants*

_____
Louis Patino w, permission by John Escamilla
Louis "Doc" Patino
**PATINO & ASSOCIATES, PLLC**
1802 N. 10th Street
McAllen, Texas 78501
patinolaw@yahoo.com

*Attorney-in-Charge for Plaintiff*